

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| Robert G. Houle, | § | No. 08-17-00189-CV |
| Appellant, | § | Appeal from the |
| v. | § | 210th District Court |
| Casco Investments, Inc. and Jose Luis Casillas; JLC Ventures, | § | of El Paso County, Texas |
| | § | (TC# 2011-2614) |
| Appellees. | § | |
| | § | |

**O R D E R**

The Court GRANTS the Joint motion to reset the November 8, 2018 submission and oral argument setting. The above styled and numbered cause will be rescheduled at a later date.

IT IS SO ORDERED this 7th day of November, 2018.

PER CURIAM

Before Rodriguez, J., Palafox, J. and Larsen, J. (Senior Judge)
Larsen, J. (Senior Judge), sitting by assignment